

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rahlek, Ltd. et al.,      * From the 42nd District Court
     of Coleman County
     Trial Court No. 5951.

Vs. No. 11-17-00141-CV      * May 23, 2019

Robert G. Wells et al.,      * Opinion by Stretcher, J.
     (Panel consists of: Bailey, C.J.,
     Stretcher, J., and Wright, S.C.J., sitting
     by assignment)
     (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is affirmed with respect to the interpretation of the 2006 Deed and insofar as it denied the Campbell Children's affirmative defenses of waiver, equitable estoppel, and quasi estoppel. The judgment of the trial court is reversed insofar as it applied the statute of limitations to Ricky Grubbs's unjust-enrichment counterclaim. Accordingly, this cause is remanded to the trial court so that it may enter judgment consistent with this court's opinion. The costs incurred by reason of this appeal are taxed against Rahlek, Ltd., Eugenia H. Campbell, Archibald Campbell III, John H. Campbell, Douglas M. Campbell, and Eugenia Harris Campbell.